BROMAGHAM *against* CLAPP and OTHERS.

IN PARTITION. The defendants brought a writ of error from this court, but did not put in bail. There was also a defect in the writ of error; but the court for the correction of errors allowed it to be amended, and retained the cause. Before the amendment was allowed, the plaintiff issued two writs of *fi. fa.* one against *Clapp*, and one against *owners unknown*, for different portions of the costs in partition.

*A writ of error from a judgment in partition, does not stay execution, per se; but bail in error is necessary.*

*Jas. Edwards,* (*S. A. Foot,* same side,) now moved to set aside the executions as irregular.

*J. V. N. Yates,* contra.

*Curia.* By the statute, (1 *R. L.* 512, s. 12,) "error may be brought within the same time, and under the like *restrictions* and *regulations,* as in other cases." This undoubtedly refers to the *restrictions* and *regulations* in the previous act "concerning writs of error," &c. (1 *R. L.* 143.) Independent of that act, there is no restriction on the subject. The writ is one of right, and issues of course, in all actions, real, personal and mixed. That act requires two things on bringing error from this court; the certificate of counsel, and bail. The former is not necessary on error from the common pleas to this court; and had this writ been from a judgment in partition, rendered in the common pleas, there would be nothing, (not even the certificate,) to satisfy the words quoted from the stat-

ALBANY,
Feb. 1827.

ute of partition, except bail. Bail is given in eject-ment and dower. Doubtless, one reason is, because costs follow, always in the former, and often in the latter. The same principle exists in partition. The reason why bail is not generally required on error from judgments in real actions, is, that the demandant does not recover costs. The principle of requiring bail, therefore, concurs with the words of the statute.

But the point is new in practice, and the party proceeded in good faith. Let the executions, therefore, be set aside, on payment of costs, and putting in and perfecting bail in error.

Rule accordingly.